**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DAVID KATZ,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　**CASE NO. 5:10-cv-274/RS-MD**

**FDIC, as Receiver for PEOPLE'S
FIRST COMMUNITY BANK,**

    **Defendant.**

_____

# ORDER

The relief requested in Defendant's Stipulated Motion for Extension of Time for Defendant to File Responsive Pleading (Doc. 4) is **GRANTED**. Defendant shall file its response not later than December 14, 2010.

**ORDERED** on November 30, 2010

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE**