IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID KATZ,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 5:10-cv-274/RS-MD**

**FDIC, as Receiver for PEOPLE'S
FIRST COMMUNITY BANK,**

    **Defendant.**

_____/

## **ORDER**

    Before me is Defendant's Notice of Conflict (Doc. 13).

    **IT IS ORDERED** that trial is rescheduled for August 22, 2011, beginning at 8:30 a.m. All other dates in the Scheduling and Mediation Order (Doc. 11) remain unchanged.

**ORDERED** on February 8, 2011

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK
                                                    UNITED STATES DISTRICT JUDGE**